NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7132

MANUELA F. HITE,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 07-0843, Judge Robert N. Davis.

ON MOTION

O R D E R

The Secretary moves for a 14-day extension of time, until November 16, 2009, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

NOV 1 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Manuela F. Hite
Christopher L. Krafchek, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 1 0 2009

JAN HORBALY
CLERK